# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BERARDI, individually and on behalf of all other similarly situated, <br> Plaintiff, <br><br> vs. <br><br> TEK-COLLECT INCORPORATED D/B/A TEKCOLLECT, INC., and DOES 1 through 10, inclusive, <br> Defendant. | Case No. <br><br><br><br> 2:19-cv-07581-JEM <br><br> ~~PROPOSED~~ ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS. |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this October 13, 2020

_John E. McDermott_
Honorable Judge of the District Court
JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

[Proposed]Order to Dismiss - 1